1060

No. 98–6836. BROWN v. UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 98–6853. HERNANDEZ-CASTILLO v. UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 98–6855. GONZALEZ v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 98–6857. ZENONE ET AL. v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 98–6861. TAYLOR v. UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 98–6863. CLARK v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 98–366. McKUNE, WARDEN, ET AL. v. STELTZLEN. Ct. App. Kan. Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari denied.

No. 98–367. HANNIGAN, WARDEN, ET AL. v. STANSBURY; and SIMMONS, SECRETARY OF CORRECTIONS, ET AL. v. BANKES. Sup. Ct. Kan. Motion of respondent Raymond F. Stansbury for leave to proceed *in forma pauperis* granted. Certiorari denied.

No. 98–636. SILBERSTEIN ET AL. v. ZWAAN. C. A. 3d Cir. Motion of petitioners to defer consideration of petition for writ of certiorari denied. Certiorari denied.

No. 97–9251. BAST v. GLASBERG ET AL., *ante*, p. 842;
No. 97–9351. SATTERWHITE v. SMALL ET AL., *ante*, p. 846;
No. 97–9456. POWELL v. BATTLE, WARDEN, *ante*, p. 852;
No. 97–9665. BROWN v. JOHNSON, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION, *ante*, p. 865;
No. 97–9674. HUMMEL v. BACA, JUDGE, DISTRICT COURT OF TEXAS, EL PASO COUNTY, *ante*, p. 866;

No. 98–5015. JENNINGS v. VAUGHN, SUPERINTENDENT, STATE CORRECTIONAL INSTITUTION AT GRATERFORD, ET AL., *ante*, p. 881;

No. 98–5184. RANGEN v. SECURITIES AND EXCHANGE COMMISSION, *ante*, p. 890;

No. 98–5400. O'CONNELL v. BACA, JUDGE, DISTRICT COURT OF NEW MEXICO, BERNALILLO COUNTY, ET AL., *ante*, p. 903;

No. 98–5632. SMALLEY v. FRANK, SUPERINTENDENT, STATE CORRECTIONAL INSTITUTION AT HUNTINGDON, ET AL., *ante*, p. 913;

No. 98–5763. COLON v. FLORIDA COMMISSION ON ETHICS ET AL., *ante*, p. 968;

No. 98–5991. PRUNTE v. WALT DISNEY CO. ET AL., *ante*, p. 1005; and

No. 98–6076. SWEENEY v. UNITED STATES, *ante*, p. 953. Petitions for rehearing denied.

No. 98–5602. RIVERA v. FLORIDA, *ante*, p. 935; and

No. 98–5722. RIVERA v. FLORIDA DEPARTMENT OF CORRECTIONS, *ante*, p. 951. Motions for leave to file petitions for rehearing denied.

DECEMBER 16, 1998

No. 98–7249 (A–476). IN RE DUVALL. Application for stay of execution of sentence of death, presented to JUSTICE BREYER, and by him referred to the Court, denied. Petition for writ of habeas corpus denied.

No. 98–7273 (A–487). DUVALL v. REYNOLDS, WARDEN. C. A. 10th Cir. Application for stay of execution of sentence of death, presented to JUSTICE BREYER, and by him referred to the Court, denied. Certiorari denied.

No. 98–7289 (A–488). DUVALL v. KEATING, GOVERNOR OF OKLAHOMA, ET AL. C. A. 10th Cir. Application for stay of execution of sentence of death, presented to JUSTICE BREYER, and by him referred to the Court, denied. Certiorari denied.